IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LAWRENCE ROSENTHAL,

    Plaintiff,

vs.                                          CASE NO.: 4:06cv176-SPM-WCS

SCI FUNERAL SERVICES OF
FLORIDA, INC., a Florida corporation,
f/k/a SCI OF FLORIDA, INC., a Florida
corporation, f/k/a CULLEY & SONS INC.,
a Florida corporation, d/b/a Culley's
Funeral Home,

    Defendant.
_____/

## ORDER OF DISMISSAL

    Pursuant to the Notice of Settlement (doc. 13) and Northern District of Florida Local Rule 16.2(D), it is

    ORDERED AND ADJUDGED:

    1.    This case is dismissed with prejudice.

    2.    The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

    DONE AND ORDERED this 5th day of July, 2006.

                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            United States District Judge